THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
LOUIE WAY, Appellant.

*People* v. *Way*, 119 App. Div. 344, affirmed.
(Submitted February 24, 1908; decided March 10, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 15, 1907, which affirmed a judgment rendered at a Trial
Term for the county of New York upon a verdict convicting
the defendant of the crime of assault in the first degree.

*Lyman A. Spalding, Forbés J. Hennessy, Daniel O'Reilly*
and *George S. Scofield, Jr.*, for appellant.

*William Travers Jerome, District Attorney (Robert S.
Johnstone* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
HISCOCK and CHASE, JJ.

COHN-BAER-MYERS AND ARONSON COMPANY, Appellant, *v.*
REALTY TRANSFER COMPANY et al., Respondents.

*Cohn-Baer-Myers and Aronson Co.* v. *Realty Transfer Co.*, 117 App. Div.
215, affirmed.
(Argued February 24, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Janu-
ary 26, 1907, affirming a judgment in favor of defendants
entered upon a dismissal of the complaint by the court on
trial at Special Term in an action to determine the title to
real property.

*Edward S. Johnston* for appellant.

*Benjamin N. Cardozo* and *Moses Esberg* for Realty
Transfer Company, respondent.

*Daniel Daly* for Mary J. Cunningham, respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
HISCOCK and CHASE, JJ.